No. 204. THE PEOPLE *v.* FONTE.—Appeal from the District Court of San Juan. Decided October 28, 1909. Judgment affirmed. *Messrs. Caventano Coll & Cuchi* for appellant. *Mr. Rossy, fiscal,* for respondent.

———————

No. 205. THE PEOPLE *v.* CRUZ ET AL.—Appeal from the District Court of San Juan. Decided October 29, 1908. Judgment affirmed. The appellant did not appear. *Mr. Rossy, fiscal,* for respondent.

———————

No. 429. MARRERO *v.* LÓPEZ ET AL.—Appeal from the District Court of San Juan. Motion to dismiss appeal on the ground that no bill of exceptions or statement of facts was presented. Decided November 1, 1909. Motion overruled. *Mr. José L. Pesquera* for petitioner. *Mr. Manuel F. Rossy* for respondent.

———————

No. 191. THE PEOPLE *v.* BLANCO.—Appeal from the District Court of Aguadilla. Decided November 1, 1909. Judgment affirmed. The appellant did not appear. *Mr. Rossy, fiscal,* for respondent.

———————

No. 29. EX PARTE DEL TORO.—Application for writ of *habeas corpus.* Decided November 2, 1909. Application denied.

———————

No. 195. THE PEOPLE *v.* RODRÍGUEZ.—Appeal from the District Court of Guayama. Decided November 8, 1909. Judgment affirmed. The appellant did not appear. *Mr. Rossy, fiscal,* for respondent.